UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SAMUEL J. BERNGARD individually and
as  trustee  and  beneficiaries  of
Samuel J. Berngard DDS PC defined
benefit  plan  and  the  Samuel  J.
Berngard DDS PC profit sharing plan,
LIBBY A. BERNGARD individually and
as  trustee  and  beneficiaries  of
Samuel J. Berngard DDS PC defined
benefit  plan  and  the  Samuel  J.
Berngard DDS PC profit sharing plan,
PAUL  BERNGARD,  BROOKE  BERNGARD,
ALEXIS BERNGARD, CAPETOWN HOLDINGS,
LLC,,

                    Plaintiffs,

vs.                                    Case No.  2:11-cv-177-FtM-29DNF

FISHER ASSET MANAGEMENT, LLC, doing
business as Fisher Investments,

                    Defendants.
_____


**<u>ORDER</u>**

On June 9, 2011, the Court dismissed the Complaint (Doc. #1)

without  prejudice  for  lack  of  subject-matter  jurisdiction  with

leave to amend to allege diversity jurisdiction.  On June 20, 2011,

plaintiffs filed an Amended Complaint (Doc. #14) clarifying the

citizenship of the parties.  Upon review, the Court is satisfied

that federal subject-matter jurisdiction exists.

The parties' Consent Motion to Stay Action Pending Arbitration

(Doc. #12) filed on June 7, 2011, and previously taken under

advisement, is uncontested.  The parties agree that the dispute is

subject to an arbitration agreement, and therefore the motion will be granted and the case stayed.  See 9 U.S.C. § 3.

Accordingly, it is now

**ORDERED**:

1.    The parties' Consent Motion to Stay Action Pending Arbitration (Doc. #12) is **GRANTED** and the case is **stayed** until arbitration is complete in accordance with the terms of the parties' agreement.

2.    The case is hereby **stayed** pending notification by the parties that arbitration proceedings are complete, and the stay is due to be lifted or the case is due to be dismissed.  The Clerk shall terminate all deadlines and motions, and administratively close the case.

**DONE AND ORDERED** at Fort Myers, Florida, this   29th   day of June, 2011.

JOHN E. STEELE
United States District Judge

Copies:
Counsel of record