UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SAMUEL J. BERNGARD, individually and as trustee and beneficiaries of Samuel J. Berngard DDS PC Defined Benefit Plan and the Samuel J. Berngard DDS PC Profit Sharing Plan, LIBBY A. BERNGARD, individually and as trustee and beneficiaries of Samuel J. Berngard DDS PC Defined Benefit Plan and the Samuel J. Berngard DDS PC Profit Sharing Plan, PAUL BERNGARD, BROOKE BERNGARD, ALEXIS BERNGARD, and CAPETOWN HOLDINGS, LLC,

    Plaintiffs,

v.                                               Case No: 2:11-cv-177-FtM-29DNF

FISHER ASSET MANAGEMENT, LLC,

    Defendant.

## ORDER

This matter comes before the Court on review of the file. On June 29, 2011, the Court issued an Order (Doc. #15) staying the case pending arbitration. The parties have not notified the Court if the stay is due to be lifted, or the case dismissed, and considerable time has passed.

Accordingly, it is hereby

**ORDERED:**

The parties shall file a status report, or indicate if the case is due to be dismissed and closed, within **FOURTEEN (14) DAYS** of this Order.  **The failure to respond to this Order will result in a dismissal without prejudice and without further notice.**

**DONE and ORDERED** at Fort Myers, Florida, this ___14th___ day of October, 2016.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record