## IN THE UNITED STATES DISTRICT COURT
## FOR MIDDLE DISTRICT OF FLORIDA

-------------------------------------------------X
:
SAMUEL J. BERNGARD and LIBBY,  :  Case No. 2:11-cv-177-FtM—29DNF
A. BERNGARD, individually  :
and as trustees and beneficiaries of the  :  **NOTICE OF**
SAMUEL J. BERNGARD DDS  :  **VOLUNTARY**
PC DEFINED BENEFIT PLAN and the  :  **DISMISSAL**
SAMUEL J. BERNGARD DDS PC  :
PROFIT SHARING PLAN,  PAUL  :
BERNGARD,  BROOKE BERNGARD,  :
ALEXIS  BERNGARD, and CAPETOWN  :
HOLDINGS, LLC,  :
:
    Plaintiffs,  :
:
vs.  :
:
FISHER ASSET MANAGEMENT, LLC,  :
d/b/a FISHER INVESTMENTS,  :
:
    Defendant.  :
-------------------------------------------------X

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs (as set forth in the caption above) hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against Defendant.

    Dated:  October 27, 2016

        LAW OFFICE OF
        CHRISTOPHER J. GRAY, P.C.

        /s/Christopher J. Gray_____
        Christopher J. Gray (*Pro Hac Vice*)
        460 Park Avenue, 21st Floor
        New York, New York 10022
        (212) 838-3221
        (212) 937-3139 (fax)
        chris@investorlawyers.net

THE PEARL LAW FIRM, P.A.
By: Robert J. Pearl
7400 Tamiami Trail North
Naples, FL 34108
(239) 653-9330
(239) 653-9377 (fax)
robert@investorattorneys.com

*Counsel for Plaintiffs*