UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SAMUEL    J.    BERNGARD,
individually and as trustee
and beneficiaries of Samuel
J. Berngard DDS PC Defined
Benefit Plan and the Samuel
J. Berngard DDS PC Profit
Sharing   Plan,   LIBBY   A.
BERNGARD,  individually  and
as trustee and beneficiaries
of Samuel J. Berngard DDS PC
Defined  Benefit  Plan and the
Samuel  J.  Berngard  DDS  PC
Profit  Sharing  Plan,  PAUL
BERNGARD,  BROOKE  BERNGARD,
ALEXIS      BERNGARD,      and
CAPETOWN HOLDINGS, LLC,

      Plaintiffs,

v.                                    Case No: 2:11-cv-177-FtM-29DNF

FISHER   ASSET   MANAGEMENT,
LLC,

      Defendant.

_____

**ORDER**

    This matter comes before the Court on plaintiff's Notice of

Voluntary Dismissal (Doc. #17) filed on October 27, 2016, in

response to the Court's Order (Doc. #16).  No answer or motion for

summary judgment has been filed by defendant; therefore a voluntary

dismissal is appropriate.

    Accordingly, it is now

    **ORDERED:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED** without prejudice.  The Clerk shall terminate all previously scheduled deadlines and pending motions, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this ___28th___ day of October, 2016.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Parties of record